UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:                                    Chapter 11

ALPHAROCK LLC, et. al.,                   Case No. 8:09-bk-11888-CPM

    Debtors                       (Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920)

_____/

**DEBTORS' MOTION FOR EXTENSION OF TIME TO ASSUME OR
REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

ALPHAROCK LLC; ALPHA CML LLC; ALPHA 300952 LLC; ALPHA 301419 LLC; ALPHA 330453 LLC; ALPHA 331290 LLC; ALPHA 332002 LLC; ALPHA 332003 LLC; ALPHA 335407 LLC; ALPHA 340986 LLC; ALPHA 341164 LLC; ALPHA 341222 LLC; ALPHA 340479 LLC; ALPHA 341223 LLC; ALPHA 341938 LLC; ALPHA 341948 LLC; ALPHA 343785 LLC; ALPHA 344058 LLC; ALPHA 344304 LLC; ALPHA 344768 LLC; ALPHA 344825 LLC; ALPHA 345156 LLC; AND ALPHA 346802 LLC (collectively, the "**Debtors**"), by and through their undersigned counsel, pursuant to 11 U.S.C. §365(d)(4), hereby file their Motion for Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (the "**Motion**") and respectfully represent as follows:

**Jurisdiction**

1.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper in this district pursuant to 28 U.S.C. §1408. The statutory predicate for the relief sought in this Motion is 11 U.S.C. §365(d)(4).

**Background**

1.     On June 5, 2009 (the "**Petition Date**"), each of the Debtors filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2.     Prior to the Petition Date, the Debtors operated nineteen (19) Dunkin' Donuts franchised outlets, five of which were combined with Baskin-Robbins franchised outlets. Currently, the Debtors operate fourteen (14) Dunkin' Donuts franchised outlets. The Debtors' franchise network is the largest network on the west coast of Florida. In addition, Alpha CML LLC, operates a bakery which provides the baked goods for the Debtors' outlets, as well as approximately seventeen (17) outlets owned by other franchisees. S of the Petition Date, the Debtors employed approximately 200 employees.

3.     The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

4.     No trustee or examiner has been appointed in these Chapter 11 cases. On November 21 2008, the Official Committee of Unsecured Creditors was appointed.

5. No previous application for the relief sought herein has been made by the Debtors to this Court or any other court.

## Relief Requested and Grounds for Relief

6. In connection with the operation of their businesses, the Debtors operate Dunkin' Donuts/Baskin-Robbins franchised outlets throughout southwest Florida. The Debtors lease certain parcels of nonresidential real property from various landlords (the "**Landlords**") pursuant to written lease agreements (the "**Leases**"). The names and addresses of the Landlords and the leased locations are listed in Exhibit A attached hereto and incorporated herein by this reference thereto.

7. The Leases have not expired by their own terms nor were any of them terminated prior to the Petition Date. The Leases, therefore, constitute unexpired leases of nonresidential real property pursuant to §365 of the Bankruptcy Code.

8. Pursuant to §365(d)(4)(A) of the Bankruptcy Code, the Debtors are required to assume or reject unexpired leases of nonresidential real property on or before the earlier of (i) the one hundred and twentieth (120th) day from the Petition Date (the one hundred and twentieth (120th) day in accordance with Bankruptcy Rule 9006(a)) or (ii) the date of the entry of the confirmation order in these cases, unless this Court fixes additional time for the Debtors to assume or reject such leases. Under 11 U.S.C. §365d(4)(B)(i), the Court may extend the period set forth in §365(d)(4)(A) for an additional ninety (90) days on the motion of the debtor for cause.

9. The Debtors request that the Court, pursuant to §365(d)(4) of the Bankruptcy Code, grant an extension of time for the Debtors to assume or reject the

Leases, for an additional ninety (90) days, through and including January 4, 2010, unless the Leases are earlier assumed or rejected by the Debtors under a confirmed plan or otherwise pursuant to further order of this Court.

10. The bankruptcy court may extend, for cause, the period during which a debtor may assume or reject its unexpired leases of nonresidential real property.[1] "[N]othing prevents a bankruptcy court from granting an extension because a particular debtor needs additional time to determine whether the assumption or rejection of particular leases is called for by the plan of reorganization that it is attempting to develop." In re Chanel Home Centers, Inc., 989 F.2d 682, 689 (3d Cir. 1993). See also, In re Market Square Inn, Inc., 978 F.2d 116, 121 (3d Cir. 1992); In re Chestnut Ridge Plaza Assocs., L.P., 156 B.R. 477, 485 (Bankr. E.D. Pa. 1993).

11. Factors to consider in determining whether cause exists to grant an extension of time to assume or reject leases of nonresidential real property include:

> (a) Whether the lease is a primary asset of the estate such that the decision to assume or reject would be central to any plan of reorganization;
>
> (b) Whether the lessor has a reversion interest in a building built by the debtor, which would represent a windfall to the lessor;
>
> (c) Whether the debtor has had the time necessary to intelligently appraise its financial condition;
>
> (d) Whether the debtor has failed to pay the rent reserved in the lease;
>
> (e) Whether the lessor will be damaged beyond compensation available under the Bankruptcy Code through the debtor's

---

[1] As noted in *Collier on Bankruptcy*, "Although the paragraph was extensively rewritten, much of the language tracks the prior provision, so much of the case law interpreting former §365(d)(4) will remain applicable." *Collier on Bankruptcy* at ¶365.04[4], pg. 365-46. The Debtor submits that case law interpreting the phrase "for cause" as related to §365(d)(4) is still applicable.

> > continued occupancy of the land and its failure to pay associated real estate taxes; and
>
> (f) Whether the case is exceptionally complex and involves a large number of leases.

In re Wedtech Corp., 72 B.R. 464, 471-72 (Bankr. S.D.N.Y. 1987).

12. The Debtors' decision whether to assume or reject as to each of the Leases is significant in their Chapter 11 cases. The Debtors believe that cause exists to grant the extension of time requested herein. Since the filing of these Chapter 11 cases, the Debtors have been working diligently towards maximizing the estate and reorganization. The Debtors have rejected two leases for Dunkin' Donuts outlets which have been closed during the cases. The Debtors have engaged in substantial negotiations with various Landlords, and may be in a position to assume or reject the Leases, subject to the outcome of those negotiations. The Debtors request additional time in order to ensure that any rights and interests in the Leases are preserved as the negotiations are finalized.

13. Given the impact of the assumption or rejection of the Leases on the Debtors' estates, the time period provided in §365(d)(4)(A) of the Bankruptcy Code is not sufficient and should be extended. Good cause exists for the extension of the Debtors' time for assumption or rejection of the leases. This Motion is not submitted for purposes of delay.

14. The Debtors believe that Exhibit A contains a complete and accurate list of all of their remaining unexpired leases of nonresidential real property. To the extent that a Lease has been inadvertently left off Exhibit A, the Debtors request that the Court grant the relief requested herein as to any such Lease.

WHEREFORE, the Debtors respectfully request that the Court enter an order granting this Motion and extending the time in which the Debtors may assume or reject unexpired leases of nonresidential real property for an additional ninety (90) days through January 4, 2010, unless such Lease is earlier assumed or rejected by the Debtors pursuant to further order of this Court.

DATED: September 22, 2009

> */s/ Edward J. Peterson*
> Edward J. Peterson (FBN 0014612)
> Amy Denton Harris (FBN 0634506)
> Stichter, Riedel, Blain & Prosser, P.A.
> 110 E. Madison Street, Suite 200
> Tampa, Florida 33602
> Telephone: (813) 229-0144
> Facsimile: (813) 229-1811
> Email: epeterson@srbp.com
>     aharris@srbp.com
> Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing MOTION FOR EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY have been furnished on this 22nd day of September, 2009, by either the Court's CM/ECF system or by U.S. MAIL to:

Office of the Assistant U.S. Trustee
1007-2 Parties in Interest

4420 South Trail Corp.
c/o John D. Emmanuel, Esq.
and Keith T. Appleby, Esq.
P.O. Box 1438
Tampa, FL 33601

KMS II, LLC
c/o John D. Emmanuel, Esq.
and Keith T. Appleby, Esq.
P.O. Box 1438
Tampa, FL 33601

Rex S. Horton
c/o John D. Emmanuel, Esq.
and Keith T. Appleby, Esq.
P.O. Box 1438
Tampa, FL 33601

W.M. Harmon & Partners
c/o Alberto F Gomez, Jr., Esq.
119 S. Dakota Avenue
Tampa, FL 33606

B&K Properties, LLC
c/o Mark D. Hildreth, Esq.
P.O. Box 49948
Sarasota, FL 34230

Lorraine Corners NW, LLC
c/o Michael P. Horan, Esq.
200 Central Ave. , Ste. 1600
St. Petersburg, FL 33701

Gateway Retail Associates, LLLP
c/o Bernard J. Morse, Esq.
11268 Winthrop Main Street, Suite 102
Riverview, FL 33578

Lena Place, L.L.C.
c/o Sacha Ross, Esq.
1023 Manatee Avenue West
Bradenton, FL 34205

John and Harriett Toale
16 Dutch Hill Dr.
Carmel, NY  10512

George Mitchell
36 Sabal Dr.
Punta Gorda, FL  33950-5048

Pik 'N Run
20101 Peachland Blvd., Suite 301
Port Charlotte, FL

EZ Stop USA, Inc.
360 Commercial Court
Venice, FL 34292

Sun Glo Properties, Inc.
216 Fiesole St.
Venice FL 34285

*/s/ Edward J. Peterson*
Edward J. Peterson

H:\User\AlphaRock\Motions\Extend time to assume or reject leases.doc

EXHIBIT "A"
DEBTOR, LOCATION AND LANDLORD:

Alpha 301419 LLC
2495 McCall Road, Englewood, FL 34224
John P. Toale, Jr. and Harriett P. Toale

Alpha 341938 LLC
2517 Tamiami Trail, Punta Gorda, FL 33950
George Mitchell

Alpha 341164 LLC
4233 Tamiami Tr., Port Charlotte, FL 33952
KMS II, L.L.C

Alpha 332002 LLC
20101 Peachland Boulevard, Port Charlotte, FL 33954
Pik 'N Run, Inc.

Alpha 332003 LLC
3190 Tamiami Trail, Port Charlotte, FL 33952
Pik 'N Run, Inc.

Alpha 335407 LLC
829 Tamiami Trail, Port Charlotte, FL 33592
Pik 'N Run, Inc.

Alpha 343785 LLC
8445 Tamiami Trail, Sarasota, FL 34238
Sun Glo Properties, Inc.

Alpha 331290 LLC
360 Commercial Court, Venice, FL 34292
EZ Stop USA, LLC

Alpha 340986 LLC
300 Washington Blvd. North, Sarasota, FL 34236
4420 South Trail Corp.

Alpha 340479 LLC
5871 Fruitville Road, Sarasota, FL 34232
Gateway Retail Associates, LLLP

Alpha 341223 LLC
1575 South Tamiami Trail, Sarasota, FL 34237
W.M. Harmon & Partners

Alpha 300952 LLC
1801 South Tamiami Trail, Venice, FL 34285
Rex S. Horton

Alpha 341222 LLC
5641 Clark Road, Sarasota, FL 34233
KMS II, L.L.C.

Alpha 341948 LLC
2480 Stickney Point Road, Sarasota, FL 34231
KMS II, L.L.C.

```
Label Matrix for local noticing          4420 South Trail Corp, , KML II,LLC      Keith T Appleby
113A-8                                   c/o Keith T. Appleby, Esq                Fowler White Boggs Banker, PA
Case 8:09-bk-11888-CPM                   PO Box 1438                              P O Box 1438
Middle District of Florida               Tampa, FL 33601-1438                     Tampa, FL 33601-1438
Tampa
Mon Sep 21 11:28:14 EDT 2009

B&K Properties, LLC                      Baskin-Robbins Franchising LLC           Baskin-Robbins Franchising, LLC
c/o Mark D. Hildreth, Esq                c/o Melissa A Givens, Esq                130 Royall St.
P.O. Box 49948                           401 E Jackson St Ste 2225                Canton, MA 02021-1010
Sarasota, FL 34230-6948                  Tampa, FL 33602-5213


Baskin-Robbins Franchising, LLC          Steven M Berman                          Theresa M Boatner
c/o Paul D. Watson, Esq.                 Shumaker, Loop & Kendrick, LLP           Office of the United States Trustee
Sivyer Barlow & Watson, P.A.             101 E. Kennedy Blvd., Suite 2800         Timberlake Annex, Suite 1200
401 E. Jackson Street, Suite 2225        Tampa, FL 33602-5153                     501 E. Polk Street
Tampa, FL 33602-5213                                                              Tampa, FL 33602-3949

Bob Headlee                              Brit Clean Window Wash                   Collier County Tax Collector
c/o Mark D. Hildreth, Esq                P.O. Box 1510                            Courthouse Complex
P.O. Box 49948                           Oneco, FL 34264-1510                     Building C-1
Sarasota, FL 34230-6948                                                           Naples, FL 33962


Dean Food                                Donald F Walton                          Dunkin Donuts National DCP
P.O. Box 763                             United States Trustee                    150 Depot St.
Horsham, PA 19044-0763                   c/o Theresa M Boatner                    Bellingham, MA 02019-1438
                                         501 E Polk St Ste 1200
                                         Tampa, FL 33602-3945

Dunkin Donuts SE Distribution Center     Dunkin' Brands, Inc.                     Dunkin' Donuts Franchising, LLC
150 Depot St.                            c/o Paul D. Watson, Esq.                 130 Royall St.
Bellingham, MA 02019-1438                Sivyer Barlow & Watson, P.A.             Canton, MA 02021-1010
                                         401 E. Jackson Street, Suite 2225
                                         Tampa, FL 33602-5213

Dunkin' Donuts Franchising, LLC          Dunkin' Donuts Northeast Distribution C  Dunkin' Donuts Southeast Distribution C
c/o Paul D. Watson, Esq.                 c/o Steven M. Berman, Esq                c/o Steven M. Berman, Esq.
Sivyer Barlow & Watson, P.A.             101 E Kennedy Blvd Ste 2800              Shumaker, Loop & Kendrick
401 E. Jackson Street, Suite 2225        Tampa, FL 33602-5150                     101 E. Kennedy Blvd., Ste. 2800
Tampa, FL 33602-5213                                                              Tampa, FL 33602-5153

Ecolab Pest Elimination                  W Keith Fendrick                         Gateway Retail Assoc., LLLP
P.O. Box 6007                            Holland & Knight, LLP                    c/o Bernard J. Morse, Esq.
Grand Forks, ND 58206-6007               100 North Tampa Street, Suite 4100       11268 Winthrop Main St., Ste. 102
                                         Tampa, FL 33602-3644                     Riverview, FL 33578-4266


Melissa A Givens                         Alberto F Gomez Jr.                      Amy Denton Harris
Sivyer, Barlow & Watson, P.A.            Morse & Gomez, PA                        Stichter, Riedel, Blain & Prosser, P.A.
401 East Jackson Street, Suite 2225      119 S. Dakota Avenue                     110 E Madison Street, Suite 200
Tampa, FL 33602-5213                     Tampa, FL 33606-1813                     Tampa, FL 33602-4718


Mark D. Hildreth                         Hitachi Capital America Corp             Michael P. Horan
Shumaker, Loop & Kendrick, LLP           c/o Matthew F. Kye, Esq                  Trenam Kemker Scharf Barkin Frye et al.
P. O. Box 49948                          1 Expressway Plaza, Ste 114              1600 Bank of America Tower
Sarasota, FL 34230-6948                  Roslyn Heights, NY 11577-2031            200 Central Avenue
                                                                                  St. Petersburg, FL 33701
```

| | | |
|---|---|---|
| JSV Enterprises, Inc.<br>Hobart Sales & Service<br>5661 Division Dr.<br>Fort Myers, FL 33905-5013 | KMS II, LLC<br>P.O. Box 49586<br>Sarasota, FL 34230-6586 | KMS II, LLC<br>c/o John D. Emmanuel, Esq.<br>Keith T. Appleby, Esq.<br>Fowler White Boggs P.A.<br>P.O. Box 1438<br>Tampa, FL 33601-1438 |
| Matthew F. Kye<br>Magnozzi & Kye, LLP<br>1 Expressway Plaza<br>Suite 114<br>Roslyn Heights, NY 11577-2031 | Lawnscape Unlimited, Inc.<br>6918 Friendship Dr.<br>Sarasota, FL 34241-5761 | Lena Place, L.L.C.<br>c/o Sacha Ross, Esq.<br>1023 Manatee Avenue West<br>Bradenton, FL 34205-7816 |
| Bernard J. Morse<br>Morse & Gomez PA<br>11268 Winthrop Main Street, Suite 102<br>Riverview, FL 33578-4266 | National DCP Finance<br>655 Business Center Dr. #250<br>Horsham, PA 19044-3448 | National DPC, LLC<br>c/o Steven M. Berman, Esq.<br>Shumaker, Loop & Kendrick<br>101 E. Kennedy Blvd., Ste. 2800<br>Tampa, FL 33602-5153 |
| Edward J. Peterson III<br>Stichter, Riedel, Blain & Prosser, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | R.A. Hall & Co., LLC<br>183 State St.<br>Boston, MA 02109-2681 | Randy Mask Plumbing, Inc.<br>4430 Ashton Rd., Unit C<br>Sarasota, FL 34233-2262 |
| Rex S. Horton<br>4127 Bee Ridge Rd.<br>Sarasota, FL 34233-2556 | Rex S. Horton<br>c/o Keith T. Appleby, Esq.<br>P.O. Box 1438<br>Tampa, FL 33601-1438 | Rex S. Horton c/o John D. Emmanuel, Esq.<br>Keith T. Appleby, Esq.<br>Fowler White Boggs P.A.<br>P.O. Box 1438<br>Tampa, FL 33601-1438 |
| Sacha Ross<br>Grimes Goebel Grimes Hawkins, etal<br>1023 Manatee Avenue West<br>Bradenton, FL 34205-7816 | Sarasota County Tax Collector<br>101 S. Washington Blvd.<br>Sarasota, FL 34236-6993 | Skal Beverage East, Inc.<br>PO Box 303<br>Easton, MA 02334-0303 |
| Stichter, Riedel, Blain & Prosser, P.A.<br>110 Madison Street-Ste 200<br>Tampa, FL 33602-4718 | Taylor Ultimate Service<br>1780 N. Commerce Parkway<br>Fort Lauderdale, FL 33326-3204 | The CIT Group/Equipment Financing Inc<br>c/o Keith Fendrick<br>PO Box 1288<br>Tampa, FL 33601-1288 |
| United States Trustee<br>Donald Walton<br>c/o J Steven Wilkes, Esq<br>501 E Polk St Ste 1200<br>Tampa, FL 33602-3945 | Paul D Watson<br>401 E Jackson Street, Suite 2225<br>Tampa, FL 33602-5213 | J Steven Wilkes<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 |

End of Label Matrix
Mailable recipients    53
Bypassed recipients     0
Total                  53