# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*

In re:                                    Chapter 11

ALPHAROCK LLC, et. al.,                   Case No. 8:09-bk-11888-CPM

        Debtors.          (Jointly Administered with cases 8:09-bk-
11891; 8:09-bk-11892; 8:09-bk-11894;
8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
11900; 8:09-bk-11902 through 8:09-bk-
11908; 8:09-bk-11910; 8:09-bk-11912;
8:09-bk-11914 through 8:09-bk-11920)

_____/

## BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

        The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

        To have your vote count, you must complete and return this ballot.

---

Name of Creditor: *Raynor Refrigeration*

Amount of Claim: $ *2131.50*    Class: *9*

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ X ] Accepts    [   ] Rejects

the Plan.

---

Signed: _____

Printed or Typed Name: *BRIAN L KITLEY*

Title: *ACCOUNTING*

Name of Company: *Raynor Refrigeration INC*

Address: *1921 Whitfield Park Loop -*
*Sarasota Fla 34243*

### Exhibit "C"

RECEIVED VIA MAIL TAMPA, FLORIDA
JAN - 5 2010
BANKRUPTCY MIDDLE FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:

ALPHAROCK LLC, et. al.,

Debtors.

_____/

Chapter 11

Case No. 8:09-bk-11888-CPM

(Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920)

### BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds (²/₃) in amount and more than one-half (½) in number of claims in each class and the holders of two-thirds (²/₃) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: _____Babe's Plumbing Inc._____

Amount of Claim: $_____1,214.64_____     Class: _____7_____

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[xx] Accepts          [ ] Rejects

the Plan.

Signed: _____*Judith C. Lockwood*_____

Printed or Typed Name: _____Judith C. Lockwood_____

Title: _____Controller_____

Name of Company: _____Babe's Plumbing Inc._____

Address: _____140 E. Miami Avenue, Venice, FL  34285_____

Page 1 of 2

RECEIVED VIA MAIL
TAMPA, FLORIDA

JAN -6 2010

CLERK, U.S. BANKRUPTCY
COURT MIDDLE
DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

| | |
|---|---|
| In re: | Chapter 11 |
| ALPHAROCK LLC, et. al., | Case No. 8:09-bk-11888-CPM |
| Debtors. | (Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920) |

_____/

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES**

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

---

**Name of Creditor:** _LORITECH_

**Amount of Claim:** $ _337.50_     **Class:** _9_

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ X ] Accepts     [  ] Rejects

the Plan.

---

**Signed:** _Lori Landis_

**Printed or Typed Name:** _LORI LANDIS_

**Title:** _OWNER_

**Name of Company:** _LORITECH_

**Address:** _3204 Gulf Gate Dr, Sarasota FL 34231._

Jan 04 10 04:16p    Bill Daig    508-763-1997    p.1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:                                    Chapter 11

ALPHAROCK LLC, et. al.,                   Case No. 8:09-bk-11888-CPM

      Debtors.                       (Jointly Administered with cases 8:09-bk-
                                          11891; 8:09-bk-11892; 8:09-bk-11894;
                                          8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
                                          11900; 8:09-bk-11902 through 8:09-bk-
                                          11908; 8:09-bk-11910; 8:09-bk-11912;
                                          8:09-bk-11914 through 8:09-bk-11920)

_____/

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
<u>FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES</u>**

      The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its
Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and
thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than
one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity
security interests in each class voting on the Plan. In the event that the requisite acceptances are not
obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable
treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the
Bankruptcy Code.

      To have your vote count, you must complete and return this ballot.

Name of Creditor: _George Mitchell_

Amount of Claim: $_4,280.00_     Class: _1_

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ ✓ ] Accepts      [ ] Rejects

the Plan.

Signed: _____

Printed or Typed Name: _George Mitchell_

Title: _Owner_

Name of Company: _____

Address: _36 Sabal Drive Punta Gorda, FL 33950_

Page 1 of 2

RECEIVED VIA MAIL
TAMPA, FLORIDA

JAN -7 2010

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:

ALPHAROCK LLC, et. al.,

Debtors.

Chapter 11

Case No. 8:09-bk-11888-CPM

(Jointly Administered with cases 8:09-bk-
11891; 8:09-bk-11892; 8:09-bk-11894;
8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
11900; 8:09-bk-11902 through 8:09-bk-
11908; 8:09-bk-11910; 8:09-bk-11912;
8:09-bk-11914 through 8:09-bk-11920)

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES**

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its
Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and
thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than
one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity
security interests in each class voting on the Plan. In the event that the requisite acceptances are not
obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable
treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the
Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: American Beverage Cnsuting, LLC

Amount of Claim: $ 846.06     Class: 4

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ ✓ ] Accepts      [ ] Rejects

the Plan.

Signed: *Linda Tope*

Printed or Typed Name: LINDA TOPE

Title: BUSINESS MANAGER

Name of Company: American Beverage Consulting, LLC

Address: ~~4145 ROBERTS~~ 1903 Ivanhoe St. Suite A.
SARASOTA, FL. 34231

RECEIVED VIA MAIL
TAMPA, FLORIDA

JAN -7 2010

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:                                          Chapter 11

ALPHAROCK LLC, et. al.,                         Case No. 8:09-bk-11888-CPM

          Debtors.                              (Jointly Administered with cases 8:09-bk-
                                                11891; 8:09-bk-11892; 8:09-bk-11894;
                                                8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
                                                11900; 8:09-bk-11902 through 8:09-bk-
                                                11908; 8:09-bk-11910; 8:09-bk-11912;
                                                8:09-bk-11914 through 8:09-bk-11920)

_____/

### BALLOT FOR ACCEPTING OR REJECTING SECOND
### AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
### FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: A.J.'s FOG Removal

Amount of Claim: $ 283.20                       Class: 7

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[X] Accepts          [ ] Rejects

the Plan.

Signed: *Linda Fabian*

Printed or Typed Name: Linda Fabian

Title: Administrator

Name of Company: A.J.'s FOG Removal

Address: PO Box 496369 Port Charlotte FL 33949

Page 1 of 2

RECEIVED VIA MAIL
TAMPA, FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

JAN -8 2010

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

In re:

ALPHAROCK LLC, et. al.,

         Debtors.

_____/

Chapter 11

Case No. 8:09-bk-11888-CPM

(Jointly Administered with cases 8:09-bk-
11891; 8:09-bk-11892; 8:09-bk-11894;
8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
11900; 8:09-bk-11902 through 8:09-bk-
11908; 8:09-bk-11910; 8:09-bk-11912;
8:09-bk-11914 through 8:09-bk-11920)

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
<u>FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES</u>**

      The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its
Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and
thereby made binding upon you if it is accepted by the holders of two-thirds ($\frac{2}{3}$) in amount and more than
one-half ($\frac{1}{2}$) in number of claims in each class and the holders of two-thirds ($\frac{2}{3}$) in amount of equity
security interests in each class voting on the Plan.  In the event that the requisite acceptances are not
obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable
treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the
Bankruptcy Code.

      To have your vote count, you must complete and return this ballot.

Name of Creditor: JSV ENTERPRISES INC / HOBART SALES & SERVICE

Amount of Claim: $ 753.80    Class: 7

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

    [X] Accepts    [ ] Rejects

the Plan.

Signed: _____

Printed or Typed Name: JAmes S. Vickers

Title: President

Name of Company: JSV ENTERPRISE INC / HOBART SALES & SERVICE

Address: 5661 Division Dr. Fort Myers  FL 33905

UNITED STATES BANKRUPTCY COURT CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:                                     Chapter 11

ALPHAROCK LLC, et. al.,                    Case No. 8:09-bk-11888-CPM

        Debtors.                    (Jointly Administered with cases 8:09-bk-
11891; 8:09-bk-11892; 8:09-bk-11894;
8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
11900; 8:09-bk-11902 through 8:09-bk-
11908; 8:09-bk-11910; 8:09-bk-11912;
8:09-bk-11914 through 8:09-bk-11920)

_____/

## BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

     The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

     To have your vote count, you must complete and return this ballot.

Name of Creditor: _Lawnscape Unlimited_

Amount of Claim: $ _1100.00_     Class: _7_

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ ✓ ] Accepts      [ ] Rejects

the Plan.

Signed: _Rog S Martin_

Printed or Typed Name: _Roger S Martin_

Title: _Owner_

Name of Company: _Lawnscape Unlimited, Inc_

Address: _6918 Friendship Dr. Sarasota Fl 34241_

## Exhibit "C"

Page 1 of 2

RECEIVED VIA MAIL
TAMPA, FLORIDA



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

JAN 11 2010

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

In re:                                   Chapter 11

ALPHAROCK LLC, et. al.,                  Case No. 8:09-bk-11888-CPM

     Debtors.                        (Jointly Administered with cases 8:09-bk-
                                         11891; 8:09-bk-11892; 8:09-bk-11894;
                                         8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
                                         11900; 8:09-bk-11902 through 8:09-bk-
                                         11908; 8:09-bk-11910; 8:09-bk-11912;
                                         8:09-bk-11914 through 8:09-bk-11920)

_____/

## BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

     The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

     To have your vote count, you must complete and return this ballot.

Name of Creditor: _Skal Beverages East Inc_

Amount of Claim: $ _2393.95_     Class: _7_

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

     [X] Accepts     [ ] Rejects

the Plan.

Signed: _____

Printed or Typed Name: _Stacey A Newman_

Title: _Accounts Receivable/Manager_

Name of Company: _Skal Beverages East Inc._

Address: _27 Eastman St Easton MA 02334_

RECEIVED VIA MAIL
TAMPA, FLORIDA

JAN 11 2010

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re                                         Chapter 11

ALPHAROCK LLC, et. al.,                       Case No. 8:09-bk-11888-CPM

                    Debtors.                  (Jointly Administered with cases 8:09-bk-
                                              11891; 8:09-bk-11892; 8:09-bk-11894;
                                              8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
                                              11900; 8:09-bk-11902 through 8:09-bk-
                                              11908; 8:09-bk-11910; 8:09-bk-11912;
                                              8:09-bk-11914 through 8:09-bk-11920)

_____/

## BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

       The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

       To have your vote count, you must complete and return this ballot.

---

Name of Creditor: _Hobart Service_

Amount of Claim: $ _4012.54_      Class: _7_

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

         [ X ] **Accepts**       [   ] **Rejects**

the Plan.

---

Signed: _Anita Clutter_

Printed or Typed Name: _Anita Clutter_

Title: _Special Accts Rep._

Name of Company: _Hobart Service, A Division of ITW Food Equipment Group LLC_

Address: _701 S Ridge Ave. Troy, OH 45374_

Page 1 of 2

RECEIVED VIA MAIL
TAMPA, FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

JAN 12 2010

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

In re:

ALPHAROCK LLC, et. al.,

Debtors.

Chapter 11

Case No. 8:09-bk-11888-CPM

(Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920)

_____/

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES**

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (½) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: JOHN P. TOALE, JR. AND HARRIETT P. TOALE

Amount of Claim: $ 570,526.00     Class: _____

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ ✓ ] **Accepts**          [ ] **Rejects**

the Plan.

1-9-10

Signed: _____

Printed or Typed Name: JOHN P. TOALE, JR.     HARRIETT P. TOALE

Title: LANDLORD

Name of Company: _____

Address: 16 DUTCH HILL DRIVE, CARMEL, NY 10512

Page 1 of 2

RECEIVED VIA MAIL
TAMPA, FLORIDA

JAN 12 2010

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:

ALPHAROCK LLC, et. al.,

Debtors.

_____/

Chapter 11

Case No. 8:09-bk-11888-CPM

(Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920)

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES**

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half (½) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: *Coffee Express Sales & Service*

Amount of Claim: $ *2,271.92*     Class: *7*

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ X ] Accepts          [   ] Rejects

the Plan.

Signed: _____

Printed or Typed Name: *Joseph Peterson*

Title: *President*

Name of Company: *Coffee Express Sales & Service*

Address: *1408 E Fletcher Ave, Tampa, FL 33612*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*

In re:                                  Chapter 11

ALPHAROCK LLC, et. al.,                 Case No. 8:09-bk-11888-CPM

      Debtors.                   (Jointly Administered with cases 8:09-bk-
                                        11891; 8:09-bk-11892; 8:09-bk-11894;
                                        8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
                                        11900; 8:09-bk-11902 through 8:09-bk-
                                        11908; 8:09-bk-11910; 8:09-bk-11912;
                                        8:09-bk-11914 through 8:09-bk-11920)

_____/

## BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

    The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan.  In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

    To have your vote count, you must complete and return this ballot.

---

**Name of Creditor:** A-SUPERIOR LOCKSMITH INC / DBA SUNCOAST SAFE & LOCK

**Amount of Claim:** $ 813.58          **Class:** 7

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

    [ N ] Accepts        [ ] Rejects

the Plan.

---

Signed: *Kim L. Kruysman*

Printed or Typed Name: KIM L. KRUYSMAN

Title: OFFICE MANAGER / BOOKKEEPER / AGENT

Name of Company: A-SUPERIOR LOCKSMITH, INC. DBA SUNCOAST SAFE & LOCK

Address: 121 TRIPLE DIAMOND BLVD, SUITE 2, N. VENICE, FL 34275

RECEIVED VIA MAIL TAMPA, FLORIDA

JAN 14, 2010

CLERK, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA

RECEIVED
JAN 1 9 2010
CLERK U.S. BANKRUPTCY COURT
TAMPA, FL
DEC 3 0 2009

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:

Chapter 11

ALPHAROCK LLC, et. al.,

Case No. 8:09-bk-11888-CPM

Debtors.

(Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920)

_____/

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES**

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: CIT GROUP/EQUIPMENT FINANCING, INC.

Amount of Claim: $ 9,014,557.18     Class: 2 AND 5

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ ] Accepts     [X] Rejects

the Plan.

Signed: _____

Printed or Typed Name: W. KEITH FENDRICK

Title: ATTORNEY IN FACT

Name of Company: HOLLAND & KNIGHT

Address: 100 N. TAMPA ST., SUITE 4100, TAMPA, FL 33602

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

**RECEIVED**

JAN 2 0 2010

CLERK U.S. BANKRUPTCY COURT
TAMPA, FL

In re:                                          Chapter 11

ALPHAROCK LLC, et. al.,                         Case No. 8:09-bk-11888-CPM

        Debtors.                          (Jointly Administered with cases 8:09-bk-
                                                11891; 8:09-bk-11892; 8:09-bk-11894;
                                                8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
                                                11900; 8:09-bk-11902 through 8:09-bk-
                                                11908; 8:09-bk-11910; 8:09-bk-11912;
                                                8:09-bk-11914 through 8:09-bk-11920)

_____/

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES**

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

        To have your vote count, you must complete and return this ballot.

Name of Creditor: Dunkin' Donuts Franchising LLC and Baskin-Robbins Franchising LLC

Amount of Claim: $ 775,762.06          Class: 7

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

    [ X ] Accepts          [ ] Rejects

the Plan.

Signed: _____

Printed or Typed Name: PAUL WATSON

Title: Attorney

Name of Company: Snyder Barker & Watson, P.A.

Address: 401 E. Jackson Street, Suite 2225
Tampa, Florida 33602

Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*

RECEIVED

JAN 2 0 2010

CLERK U.S. BANKRUPTCY COURT
TAMPA, FL

In re:

Chapter 11

ALPHAROCK LLC, et. al.,

Case No. 8:09-bk-11888-CPM

Debtors.

(Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920)

_____/

## BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: Dunkin' Donuts Franchsing LLC and Baskin-Robbins Franchsing LLC

Amount of Claim: $ 251,419.35*          Class: 6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[X] Accepts          [ ] Rejects

the Plan.

Signed: _____

Printed or Typed Name: PAUL WATSON

Title: Attorney

Name of Company: Sivyer Barlow & Watson, P.A.

Address: 401 E. Jackson Street, Suite 2225
Tampa, Florida 33602

* Additional amounts continue to accrue

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*

RECEIVED

JAN 2 0 2010

CLERK U.S. BANKRUPTCY COURT
TAMPA, FL

In re:                              Chapter 11

ALPHAROCK LLC, et. al.,             Case No. 8:09-bk-11888-CPM

        Debtors.            (Jointly Administered with cases 8:09-bk-
                                    11891; 8:09-bk-11892; 8:09-bk-11894;
                                    8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
                                    11900; 8:09-bk-11902 through 8:09-bk-
                                    11908; 8:09-bk-11910; 8:09-bk-11912;
                                    8:09-bk-11914 through 8:09-bk-11920)

_____/

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES**

      The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half ($^1/_2$) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

      To have your vote count, you must complete and return this ballot.

Name of Creditor: Dunkin' Donuts Franchising LLC

Amount of Claim: $ 720,355.95     Class: 7

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

    [X] Accepts     [ ] Rejects

the Plan.

Signed: _____

Printed or Typed Name: Paul Watson

Title: Attorney

Name of Company: Smyer Barlow & Watson, P.A.

Address: 401 E. Jackson Street, Suite 2225
Tampa, Florida 33602



RECEIVED

JAN 2 0 2010

CLERK U.S. BANKRUPTCY COURT
TAMPA, FL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:                                    Chapter 11

ALPHAROCK LLC, et. al.,                   Case No. 8:09-bk-11888-CPM

        Debtors.                      (Jointly Administered with cases 8:09-bk-
                                          11891; 8:09-bk-11892; 8:09-bk-11894;
                                          8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
                                          11900; 8:09-bk-11902 through 8:09-bk-
                                          11908; 8:09-bk-11910; 8:09-bk-11912;
                                          8:09-bk-11914 through 8:09-bk-11920)

_____/

## BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

        The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds ($^2/_3$) in amount and more than one-half (½) in number of claims in each class and the holders of two-thirds ($^2/_3$) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

        To have your vote count, you must complete and return this ballot.

---

**Name of Creditor:** _Thomas M. Daly_

**Amount of Claim: $**_____  **Class:** _____

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

    [X] **Accepts**      [ ] **Rejects**

the Plan.

---

Signed: _____

Printed or Typed Name: _Thomas M. Daly_

Title: _____

Name of Company: _____

Address: _____

Page 1 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*



In re:

ALPHAROCK LLC, et. al.,

Debtors.

Chapter 11

Case No. 8:09-bk-11888-CPM

(Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920)

_____/

## BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds (²/₃) in amount and more than one-half (½) in number of claims in each class and the holders of two-thirds (²/₃) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: _William P. Daly_

Amount of Claim: $_____  Class: _9_

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ X ] Accepts      [   ] Rejects

the Plan.

Signed: _William P. Daly_

Printed or Typed Name: _William P. Daly_

Title: _Managing Member_

Name of Company: _Alpha Rock LLC_

Address: _12 A Mica Lane, Wellesley Ma. 02481_

Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*

In re:

ALPHAROCK LLC, et. al.,

Chapter 11

Case No. 8:09-bk-11888-CPM

(Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920)



**RECEIVED**
JAN 20 2010
CLERK U.S. BANKRUPTCY COURT
TAMPA, FL

### BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds (²/₃) in amount and more than one-half (½) in number of claims in each class and the holders of two-thirds (²/₃) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: 4420 South Trail Corpo

Amount of Claim: $ *undetermined*        Class: 7

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ ✓ ] Accepts        [  ] Rejects

the Plan.

Signed: *Keith Appleby, Esq.*

Printed or Typed Name: KEITH T. Appleby, Esq.

Title: Attorney for 4420 South Trail Corp.

Name of Company: 4420 South Trail Corp.

Address: c/o Fowler White Boggs, P.A., 501 E. Kennedy Blvd. Suite 1700 Tampa FL 33602

In re:

ALPHAROCK LLC, et. al.,

Debtors.

Chapter 11

Case No. 8:09-bk-11888-CPM

(Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920)

**RECEIVED**
JAN 2 0 2010
CLERK U.S. BANKRUPTCY COURT
TAMPA, FL

## BALLOT FOR ACCEPTING OR REJECTING SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds (²/₃) in amount and more than one-half (½) in number of claims in each class and the holders of two-thirds (²/₃) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: Rex S. Horton

Amount of Claim: $ 833.33          Class: 7

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ ✓ ] Accepts          [ ] Rejects

the Plan.

Signed: *Keith Appleby*

Printed or Typed Name: Keith Appleby, Esq

Title: Attorney for Rex S. Horton, Creditor Landlord

Name of Company: Fowler White Boggs P.A.

Address: c/o 501 E. Kennedy Blvd, Suite 1710, Tampa FL 33602

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In re:                                          Chapter 11

ALPHAROCK LLC, et. al.,                         Case No. 8:09-bk-11888-CPM

                      Debtors.                  (Jointly Administered with cases 8:09-bk-
                                                11891; 8:09-bk-11892; 8:09-bk-11894;
                                                8:09-bk-11897; 8:09-bk-11899; 8:09-bk-
                                                11900; 8:09-bk-11902 through 8:09-bk-
                                                11908; 8:09-bk-11910; 8:09-bk-11912;
                                                8:09-bk-11914 through 8:09-bk-11920)

```
RECEIVED
JAN 2 0 2010
CLERK U.S. BANKRUPTCY COURT
TAMPA, FL
```

**BALLOT FOR ACCEPTING OR REJECTING SECOND
AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION
FOR ALPHROCK LLC AND ITS WHOLLY-OWNED SUBSIDIARIES**

The Second Amended and Restated Joint Plan of Reorganization for AlphaRock LLC and its Wholly-Owned Subsidiaries (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds (²/₃) in amount and more than one-half (½) in number of claims in each class and the holders of two-thirds (²/₃) in amount of equity security interests in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: __KMS II, LLC__

Amount of Claim: $ __338,488.38__          Class: __7__

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above,

[ ✓ ] **Accepts**          [ ] **Rejects**

the Plan.

Signed: _____

Printed or Typed Name: __Keith Appleby, Esq.__

Title: __Attorney for KMS II, LLC__

Name of Company: __KMS II, LLC__

Address: __c/o Fowler White Boggs, P.A., 501 E. Kennedy Blvd. Suite 1700 Tampa FL 33602__

Page 1 of 2