UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

| | |
|---|---|
| In re: | Chapter 11 |
| ALPHAROCK LLC, et. al., | Case No. 8:09-bk-11888-CPM |
| Debtors | (Jointly Administered with cases 8:09-bk-11891; 8:09-bk-11892; 8:09-bk-11894; 8:09-bk-11897; 8:09-bk-11899; 8:09-bk-11900; 8:09-bk-11902 through 8:09-bk-11908; 8:09-bk-11910; 8:09-bk-11912; 8:09-bk-11914 through 8:09-bk-11920) |
| _____/ | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT:

A hearing will be held on **Wednesday, June 30, 2010, at 9:30 a.m.**, in Courtroom 8B, Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge upon the following:

**Motion to Amend the Order Approving the
Application for Authorization to Employ
Galloway Johnson as Special Counsel
(Doc. No. 434)**

*Appropriate Courtroom Attire*: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

2

*Avoid delays at Courthouse security checkpoints*.  You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  June 24, 2010

      */s/ Edward J. Peterson, III*
Edward J. Peterson, III
Florida Bar No. 0014612
Amy Denton Harris
Florida Bar No. 634506
Stichter Riedel Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
(813) 229-0144 – Phone
(813) 229-1811 – Fax
epeterson@srbp.com
aharris@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing Notice of Hearing has been furnished on June 24, 2010, by either the Court's CM/ECF electronic mail system, by Email and/or U.S. Mail to:

L.B.R. 1007-2 Parties in Interest

      */s/ Edward J. Peterson, III*
Edward J. Peterson, III